

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Elias Martinez III,

Vs. No. 11-24-00277-CR

The State of Texas,

* From the 104th District Court
of Taylor County,
Trial Court No. 20114B.

* April 10, 2025

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.